CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant/
Counterclaimant Jason Binn*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NICHE MEDIA HOLDINGS, LLC, a Nevada limited liability company, | Case No. 2:14-cv-01635-JAD-PAL |
| Plaintiff, | |
| vs. | |
| JASON BINN, an individual, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants | |
| JASON BINN, an individual, | |
| Counterclaimant, | |
| vs. | |
| NICHE MEDIA HOLDINGS, LLC, a Nevada limited liability company, | |
| Counterdefendant. | |

The parties, through their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

DATED this 21st day of April, 2015.

By: ___/s/ Eric Winston_____
   Michael J. McCue, Esq.
   Jonathan W. Fountain, Esq.
   LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   (702) 949-8200 (tel.)
   (702) 949-8398 (fax.)

Eric Winston, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000 (tel.)
(213) 443-3100 (fax.)

*Attorneys for Plaintiff/Counterdefendant Niche Media*

By: ___/s/ J. Colby Williams_____
   Donald J. Campbell, Esq.
   J. Colby Williams, Esq.
   CAMPBELL & WILLIAMS
   700 South 7th Street
   Las Vegas, NV 89101
   (702) 382-5222 (tel.)
   (702) 382-0540 (fax.)

*Attorneys for Defendant/Counterclaimant Jason Binn*

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 21, 2015.

_____
UNITED STATES DISTRICT JUDGE